UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

**FERREL L. AGARD**,

*Debtor*.

Chapter 7

Case No. 10-77338-REG

**ORDER TO SHOW CAUSE FOR EMERGENCY APPLICATION TO INTERVENE**

Upon the Motion of Mortgage Electronic Registration Systems, Inc. ("*MERS*") for an Order, pursuant to Bankruptcy Rule 7024 and Federal Rule of Civil Procedure 24, authorizing MERS to intervene in the contested matter filed by Select Portfolio Servicing, Inc., as servicer for U.S. Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12 ("*Select*") for relief from the automatic stay and to file responsive briefing in said contested matter (the "*Motion*"), and it appearing that cause exists for expediting the hearing and directing the manner of service on the Motion, and that the relief requested is necessary and is not unduly prejudicial to any creditor or party in interest, it is

**ORDERED**, that a hearing (the "*Hearing*") on the Motion shall be held on shortened notice before the Honorable Robert E. Grossman, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, P.O. Box 9013, Central Islip, New York, on December 13, 2010 at 9:30 a.m. of said day or as soon thereafter as counsel can be heard; and it is further

*ORDERED, that counsel for MERS may file its proposed brief immediately, but in no event shall the proposed brief be filed later than 9:30 a.m. on December 13, 2010, and it is further*

**ORDERED**, that notice of the Hearing and service of the Motion shall be deemed sufficient if a copy of this Order together with the Motion shall be served via overnight mail no later than December 10, 2010 at 1:00 p.m. as well as by electronic mail or facsimile by the aforementioned date and time upon the following parties: (a) the Office of the United States Trustee; (b) Chapter 7 Trustee, Pryor & Mandelup, LLP (Attn: Robert L. Pryor); (c) Debtor's counsel, George Bassias, Esq.; and (d) upon counsel for Select. Such service shall be deemed good and sufficient service and notice of the Motion and Hearing; and it is further

**ORDERED**, that, objections, if any, to the relief requested in the Motion shall be filed with the Bankruptcy Court and served upon Susan R. Katzoff of Hiscock & Barclay, LLP, counsel to MERS, by facsimile (at 315-425-8597) or electronic mail (at *skatzoff@hblaw.com*) so as to be <u>actually</u> <u>received</u> no later than 9:30 a.m. on December 13, 2010.

Dated: December 10, 2010
       Central Islip, New York

                                             ***/s/ Robert E. Grossman***
                                             HON. ROBERT E. GROSSMAN
                                             United States Bankruptcy Judge