UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

**FERREL L. AGARD,**

*Debtor.*

**AFFIDAVIT OF SERVICE**

Chapter 7

Case No. 10-77338-REG

STATE OF NEW YORK    )
COUNTY OF ONONDAGA  ) ss.:

Susan Mulvihill, being duly sworn, deposes and says that she is not a party to the above action, is over 18 years of age and resides at Fabius, New York. On December 10, 2010, deponent served an Order to Show Cause for Emergency Application to Intervene and a Motion to Intervene in Contested Matter on the following at the addresses designated by said attorneys for that purpose:

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, NY 11722-4437
Attn: Alfred Dimino, Esq.
Facsimile: (631)715-7777

Robert L. Pryor, Trustee
Pryor & Mandelup LLP
675 Old Country Road
Westbury, NY 11590
Facsimile: (516)333-7333

George Bassias, Esq.
21-83 Steinway
Astoria, NY 11105
Facsimile:(718)721-7981

Amy Polowy, Esq.
Law Office of Steven J. Baum
220 Northpointe Parkway, Suite G
Amherst, NY 14228
Facsimile: (716) 204-4612

Thomas A. Connop, Esq.
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Facsimile: (214) 756-8547

by depositing same, enclosed in a properly addressed wrapper, into the custody of UPS, an overnight delivery service, for overnight delivery, prior to the latest time designated by UPS for overnight delivery and by facsimile to the numbers listed herein.

_____
Susan Mulvihill

Subscribed and sworn to before me this
10th day of December, 2010.

_____
Notary Public

LORI L. McROBBIE
Notary Public, State of New York
Qualified in Onondaga Co. No. 01MC5055591
Commission Expires on Feb. 12, 20 14

BULIB01\816873\1