Original

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## CIVIL COVER SHEET

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

IN RE: Bankruptcy Case No. **810-77338-reg** Adv. Pro. No. (if applicable) _____

### Bankruptcy Appeal

| APPELLANTS | APPELLEES |
|---|---|
| Ferrel L. Agard | Select Portfolio Servicing, Inc., as Servicer for U.S. Bank National Association, as Trustee for First Franklin Mortgage Loan Trust, and MERS |

| ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.) | ATTORNEYS (IF KNOWN) |
|---|---|
| George Bassias for Debtor<br>21-83 Steinway<br>LIC, NY 11105  718 721 4441 | See Attached |

**BASIS OF JURISDICTION: Federal Question** Bankruptcy Law

**CAUSE OF ACTION** - 28:1334 Bankruptcy Appeal (Write brief statement of cause.)
The Bankruptcy court improperly ruled that Rooker-Feldman bars review of a state court Default Judgment

**NATURE OF SUIT:** 422 Bankruptcy Appeal (801)

**RELATED CASE(S) IN DISTRICT COURT, IF ANY** N/A

**DISTRICT JUDGE** _____ **DOCKET NUMBER** _____

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*
☐ 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT
☐ 2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION
☐ 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK

Date: _____    Signature of Attorney of Record: _____ George Bassias
[or Appellant Pro Se]    for Debtor Ferrel L. Agard

**FOR COURT USE ONLY**

APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**CIVIL COVER SHEET, Bankruptcy Appeal (cont'd)**

Did the cause of action arise in Nassau or Suffolk County? __yes Nassau__

If YES, please indicate which county: __Nassau__

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

YES ☑    NO ☐

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES ☐ (If yes, please explain)    NO ☑

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code: __gb-5103__

E-Mail Address: __gbassias@yahoo.com__

USBC-84 (r.4/10/03)