**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------x
In re:

      Ferrel L. Agard

Case No. 10-77338-reg
Chapter 7

Debtor(s)
-------------------------------------------------x

## NOTICE TO PARTIES CONCERNING APPEAL *(ECF CASE)*

A Notice of Appeal was filed in the above case by  George Bassias on behalf of Ferrel L. Agard on Memorandum and Decision dated February 10, 2011   on  February 22, 2011

Please observe the following, pursuant to Bankruptcy Rules 8001, 8004 and 8006, Local Rules 8004-1 and 8007-1, and established local practice in the Bankruptcy Court and District Court:

1. **Service of Notice:** Unless the appellant has already served notice of the filing of the notice of appeal (as evidenced by a certificate of service), the appellant must provide the Clerk with the e-mail address of each party to be served; to the extent that there are parties to the appeal who are not equipped to receive e-mail notification, the appellant must provide the Clerk with sufficient copies of the notice and address labels for all such parties to be served.

2. **Appellant's Designation**: Appellant's designation of record on appeal and statement of issues to be presented on appeal are due within fourteen (14) days of the date of filing the **later** of the following, as applicable: (a) the notice of appeal; (b) entry of an order granting leave to appeal; or (c) entry of an order disposing of the last timely motion outstanding of a type specified in Bankruptcy Rule 8002(b). A copy of the designation and statement shall be served by the appellant on the appellee.

3. **Appellee's Designation**: Within fourteen (14) days after service of the appellant's designation and statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

4. **Copy of Record**: Each party who has filed a designation must provide this office with a copy of the items designated in PDF format. The designated items may be submitted as attachments to the designation, or separately at a later date, if necessary.

5. **Transcripts**: If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall, immediately after filing the designation, deliver to the reporter and file with the clerk a written request for the transcript and make satisfactory arrangements for payment of its cost. Designated transcripts must be provided to this office in PDF format.

6. **ECF Registration**: Documents must be filed electronically relative to this matter, both in the Bankruptcy Court and, once the record has been transmitted, in the District Court. Registration is required at both Courts. For information on ECF registration in the Bankruptcy Court,
**www.nyeb.uscourts.gov/cm_ecf.htm**; for District Court information, visit
**www.nyed.uscourts.gov/CM_ECF/cm_ecf.htm**.

It is the duty of the parties to insure that the record on appeal is complete. An incomplete record will otherwise be transmitted, for disposal as the District Court shall determine.  The deadline for transmission of the record will be set for thirty (30) days from the filing with the Court of the appellant's designation of record, or from the deadline for the said filing, whichever is earlier.

Dated: February 23, 2011                  **FOR THE COURT**

                                                  s/ A. Tenneriello
                                                  Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0207-8          User: atennerie            Page 1 of 1               Date Rcvd: Feb 23, 2011
Case: 10-77338                Form ID: pdf000            Total Noticed: 7

The following entities were noticed by first class mail on Feb 25, 2011.
db          +Ferrel L. Agard,   866 Leonard Drive,   Westbury, NY 11590-1414
aty         +Carrie Rhea McElroy,   Steven J Baum PC,   220 Northpointe Parkway,   Suite G,
              Amherst, NY 14228-1894
aty         +George Bassias,   21-83 Steinway,   Astoria, NY 11105-1832
tr          +Robert L. Pryor,   Pryor & Mandelup LLP,   675 Old Country Road,   Westbury, NY 11590-4513
6888391     +SPS SELECT PORTFOLIO SERV,   PO BOX 65250,   Salt Lake City, UT 84165-0250
6918342     +Select Portfolio Servicing,   C/O Steven J. Baum, PC,   900 Merchants' Concourse, Suite 412,
              Westbury, NY 11590-5114
7002826     +Select Portfolio Servicing, Inc.,   Joseph N. Froehlich,   Casey B. Howard,
              3 World Financial Center,   New York, New York 10281-1013

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2011**                              **Signature:**   _Joseph Speetjens_