## AFFIRMATION

GEORGE BASSIAS, an attorney duly admitted to practice law in New York affirms:

On February 22, 2011 I mailed a copy of the within Notice of Appeal to:

✓ Pryor & Mandelup, PC
675 Old Country Road
Westbury, NY 11590

✓ US Trustee
560 Federal Plaza
CI, NY 11722

✓ Hisock & Barclay
One Park Place
300 South State Street
Syracuse, NY 13202

✓ Steven Baum, Esq,
220 Northpointe Parkway, Ste. G
Amherst, NY 14228

Locke Lord Bissell & Liddell, LLP
2200 Ross Ave., Ste. 2200
Dallas, TX 75201

By first class mail.

Dated: Queens, NY
February 22, 2011

_____
George Bassias