UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

**FERREL L. AGARD**,

*Debtor*.

Chapter 7

Case No. 10-77338-REG

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2011, a true and correct copy of Mortgage Electronic Systems, Inc.'s:  (**i) Motion to Partially Set Aside and Reconsider Order and Request for Hearing; (ii) Memorandum of Law in Support of Motion to Partially Set Aside and Reconsider Order; and (iii) Amended Notice of Motion to Partially Set Aside and Reconsider Order and Request for Hearing** were served by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system listed below:

> Karamvir Dahiya, Esq.
> Dahiya Law Offices LLC
> 350 Broadway Suite 412
> New York, New York 10013

**DATED:**   March 1, 2011

Respectfully submitted:

**HISCOCK & BARCLAY, LLP**

By: /s/ J. Eric Charlton
          J. Eric Charlton
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone: (315) 425-2880
Facsimile: (315) 425-2701
E-mail:   echarlton@hblaw.com

*Attorneys for Mortgage Electronic Registration Systems, Inc.*

5179129.1