UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL COVER SHEET

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

IN RE: Bankruptcy Case No. __8-10-77338-reg__    Adv. Pro. No. *(if applicable)*_____

## Bankruptcy Appeal

| APPELLANTS | APPELLEES |
|---|---|
| Mortgage Electronic Registration Systems, Inc. ("MERS") | FERREL L. AGARD |

| ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.) | ATTORNEYS (IF KNOWN) |
|---|---|
| HISCOCK & BARCLAY, LLP<br>1100 M&T Center, 3 Fountain Plaza<br>Buffalo, NY 14203-1414<br>(716)-566-1300 | George Bassias, Esq.<br>21-83 Steinway<br>Astoria, NY 11105<br>(718) 721-4441 |

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION - 28:1334 Bankruptcy Appeal *(Write brief statement of cause.)*

Appeal from the Order of this Court, filed and entered February 11, 2011, which incorporates by reference the Memorandum Decision dated and entered February 10, 2011, to the extent that it exceeds beyond the application of the Rooker-Feldman doctrine and res judicata in order to grant the requested relief from stay.

NATURE OF SUIT: 422 Bankruptcy Appeal (801)

RELATED CASE(S) IN DISTRICT COURT, IF ANY

DISTRICT JUDGE_____    DOCKET NUMBER_____

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*

☐ *1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
☐ *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
☐ *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK*

Date: __3/8/2011__    Signature of Attorney of Record: _[signature]_
                     *[or Appellant Pro Se]*

*FOR COURT USE ONLY*

APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

**CIVIL COVER SHEET, Bankruptcy Appeal** (cont'd)

Did the cause of action arise in Nassau or Suffolk County? __Yes__

If YES, please indicate which county: __Nassau__

---

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

YES [✔]            NO [ ]

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES [ ] (If yes, please explain)     NO [✔]

---

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code: __jb6643__

E-Mail Address: __jbaker@hblaw.com__