UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

        **FERREL L. AGARD,**

            *Debtor.*

Chapter 7

Case No. 8-10-77338-REG

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2011, a true and correct copy of *Mortgage Electronic Systems, Inc.'s* Reply Memorandum with the Clerk of the Court for the United States Bankruptcy Court Eastern District of New York via the CM/ECF system which gave notice to the following:

George Bassias, Esq.  gbassias@yahoo.com,

Karamvir Dahiya, Esq.  karam@bankruptcypundit.com

Robert L. Pryor, Esq.  rlp@pryormandelup.com, rpryor@ecf.epiqsystems.com

Amy Polowy, Esq.  bkincoming@mbaum.com

Joseph N. Froehlich  jfroehlich@lockelord.com

and I certify that I have mailed the foregoing, by United States Postal Service, to the following non-CM/ECF participants:

U.S. Trustee
Attn: Alfred Dimino, Esq.
Long Island Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, NY 11722-4437

Hon. Robert E. Grossman
U.S. Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza, P.O. Box 9013
Central Islip, NY 11722

and served via email upon:

George Bassias, Esq.  gbassias@yahoo.com

Karamvir Dahiya, Esq.  karam@bankruptcypundit.com

Robert L. Pryor, Esq.  rlp@pryormandelup.com

Amy Polowy, Esq.  bkincoming@mbaum.com

Thomas A. Connop, Esq.  tconnop@lockelord.com

Joseph N. Froehlich    jfroehlich@lockelord.com

DATED:    March 11, 2011    Respectfully submitted:

**HISCOCK & BARCLAY, LLP**

By: /s/ Jessica M. Baker
      Jessica M. Baker
1100 M&T Center
3 Fountain Plaza
Buffalo, New York 14203-1486
Telephone: (716) 566-1300
Fax: (716) 566-1301
E-mail: jbaker@hblaw.com
*Attorneys for Mortgage Electronic*
*Registration Systems, Inc.*